UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50257
Summary Calendar

_____

ROBERT F. NAYLOR III,

Plaintiff-Appellant,

versus

AMERICAN SCIENCE & ENGINEERING, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(EP-98-CV-113)
_____

October 28, 1999

Before JONES, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Plaintiff, a Korean-American male, asserted claims for discriminatory treatment, hostile work environment and retaliation under Title VII of the Civil rights Act of 1964, 42 U.S.C. § 2000 et seq. (1994).  The district court held that plaintiff failed to establish a genuine issue of material fact as to any of the claims. We reviewed the record and the briefs submitted by the parties and agree with the analysis set forth in the district court's

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

memorandum and order.  See Grimes v. Texas Dept. of Mental Health, 102 F.3d 137, 140 (5th Cir. 1996).

AFFIRMED.